Sardec, Incorporated, Appellant, *v.* Williamsport Redevelopment Authority.

Argued April 22, 1974. Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy and Nix, JJ.

*Carl F. Meyer*, with him *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellant.

*Richard H. Roesgen*, with him *McNerney, Page, Vanderlin & Hall*, for appellee.

OPINION PER CURIAM, July 1, 1974:
Decree affirmed. Each party to pay own costs.
Mr. Justice MANDERINO took no part in the consideration or decision of this case.